**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTONION GONZALEZ,

                Plaintiff,                19 **CIVIL** 10630 (NSR)(JCM)

      -v-                        **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 28, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant, to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          May 29, 2020

                                              **RUBY J. KRAJICK**
                                                    _____
                                                          **Clerk of Court**
                                **BY:**
                                                          **Deputy Clerk**